UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,** § § § § | |
| Plaintiff, § § | CIVIL NO. A-22-CV-00788-ADA |
| v. § § | |
| **UNITED FIRE LLOYDS,** § § | |
| Defendant. § | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal. ECF No. 14. The parties stipulate that all claims asserted in this lawsuit be dismissed with prejudice. The stipulation is silent as to who shall bear costs, expenses, or attorneys' fees. After considering the stipulation, the Court orders as follows:

**IT IS HEREBY ORDERED** that the joint Stipulation of Dismissal is **GRANTED.**

**IT IS FURTHER ORDERED** that all claims asserted by Plaintiff Travelers Property Casualty Company of America against Defendant United Fire Lloyds in the above-captioned action are **DISMISSED WITH PREJUDICE**, each side to bear its own costs, expenses, and attorneys' fees.

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to close the case.

**SIGNED** this 4th day of January, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE